# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K. | U.S. COURT OF APPEALS | 05/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

4-562 U.S. COURTHOUSE
333 WEST FOURTH
TULSA, OK 74103-3877

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President of Board of Directors | Crested Butte Music Festival, Crested Butte, CO |
| 2. | Board Member | Tenth Circuit Historical Society, Denver, CO |
| 3. | Advisory Council Member | Community Foundation of Gunnison Valley |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Interest | K | T | | | | | |
| 2. Prosperity Bank Accounts | A | Interest | K | T | | | | | |
| 3. UBS Accounts | A | Interest | O | T | | | | | |
| 4. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) | | None | O | R | | | | | |
| 5. IRA #5 (H) | | | | | | | | | |
| 6. -Invesco Global Real Estate Fd (ASRYX) (mutual fund) | A | Dividend | | | Sold | 11/04/16 | K | | |
| 7. -IShares Trust S&P US PFD Stock Index Fund (PFF) (ETF) | A | Dividend | | | Sold | 02/11/16 | J | | |
| 8. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 9. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 10. -TCW Emerging Markets Income Fd Cl I (TGEIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 11. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 12. -Invesco Convertible Securities FD CL Y (CNSDX) (mutual fund) | | None | | | Sold | 02/11/16 | J | | |
| 13. -IShares 7-10 Yr Treas Bond ETF (IEF) (ETF) | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 14. -Blackrock Strategic Income I (BSIIX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 02/11/16 | J | | |
| 15. -Columbia Income Opportunities FD Class Z (CIOZX) (mutual fund) | A | Dividend | J | T | | | | | |
| 16. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | | None | K | T | Sold (part) | 02/11/16 | J | | |
| 17. | | | | | Sold (part) | 08/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | A | Dividend | K | T | | | | | |
| 19. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 20. -Mainstay Unconstrained Bd Fd Class I (MSDIX) (mutial fund) | A | Dividend | | | Sold | 02/11/16 | J | | |
| 21. -Mainstay Short Duration High Yd Fd Class I (MDHIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 22. -Mainstay Incom Builder I (MTOIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 23. -Putman Income Fund Class Y (PNCYX) (mutual fund) | A | Dividend | | | Sold | 09/06/16 | J | | |
| 24. -Guggenheim Macro Opportunities Fd Cl (GIOIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 25. -Vanguard Total Bond MKT (BND) (ETF) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 26. -Vanguard Total Intl BD (BNDX) (ETF) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 27. -Invesco Core Bond Plus Fund (CPBYX) (mutual fund) | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 28. -SPDR Double Line TR Tact ETF (TOTL) (ETF) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 29. -AB Global Bond Fund (ANAYX) (mutual fund) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 30. IRA #6 (H) | | | | | | | | | |
| 31. -Invesco Global Real Estate Income Fd (ASRYX) (mutual fund) | B | Dividend | | | Sold | 11/04/16 | K | | |
| 32. -IShares Trust S&P US Pfd Stock Index Fund (PFF) (ETF) | A | Dividend | | | Sold | 02/11/16 | K | | |
| 33. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 34. -Loomis Sayles Investment Grade Bond (LSIIX) (mutual fund) | C | Dividend | K | T | Sold (part) | 02/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SEYMOUR, STEPHANIE K.** | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TCW Emerging Markets Income Fd Class I (TGEIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 02/11/16 | J | | |
| 36. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 37. -Invesco Convertible Securities FD CL Y (CNSDX) (mutual fund) | | None | | | Sold | 02/11/16 | K | | |
| 38. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 02/11/16 | J | | |
| 39. -Columbia Income Opportunities FD (CIOZX) (mutual fund) | B | Dividend | K | T | | | | | |
| 40. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | | None | K | T | Sold (part) | 02/11/16 | J | | |
| 41. | | | | | Sold (part) | 08/17/16 | K | | |
| 42. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 43. -IShares 7-10 Yr Treas Bd (IEF) (ETF) | A | Dividend | K | T | Sold (part) | 02/11/16 | J | A | |
| 44. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 45. -Mainstay Unconstrained Bd Fd Cl I (MSDIX) (mutual fund) | A | Dividend | | | Sold | 02/11/16 | K | | |
| 46. -Mainstay Short Duration High Yield Fd Cl (MSHIX (mutual fund) | B | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 47. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | C | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 48. -Mainstay Incom Building I (MTOIX) (mutual fund) | B | Dividend | L | T | | | | | |
| 49. -Putnam Income Fund Class Y (PNCYX) (mutual fund) | A | Dividend | | | Sold (part) | 02/11/16 | J | | |
| 50. | | | | | Sold | 09/06/16 | K | | |
| 51. -AB Global Bond Fund Class Advisor (ANAYX) (mutual fund) | B | Dividend | K | T | Buy | 02/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Invesco Core Bond Plus Fund Class Y (CPBYX) (mutual fund) | A | Dividend | K | T | Buy | 08/17/16 | K | | |
| 53. -SPDR Double Line Tr Tact ETF (TOTL) (ETF) | B | Dividend | K | T | Buy | 02/11/16 | K | | |
| 54. -Vanguard Total Bond Mkt ETF (BND) (ETF) | A | Dividend | K | T | Buy | 02/11/16 | K | | |
| 55. -Vanguard Total Intl Bond ETF (BNDX) (ETF) | A | Dividend | K | T | Buy | 09/06/16 | K | | |
| 56. Brokerage #9 (H) | | | | | | | | | |
| 57. -BOK Financial Corp. New (BOKF) (common) | D | Dividend | | | Buy (add'l) | 01/26/16 | L | | |
| 58. | | | | | Sold | 08/24/16 | O | G | |
| 59. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | | | | | |
| 60. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 61. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 62. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | | | | | |
| 63. Brokerage #10 (H) | | | | | | | | | |
| 64. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | L | T | Sold (part) | 05/4/16 | J | | |
| 65. | | | | | Sold (part) | 06/03/16 | J | | |
| 66. | | | | | Sold (part) | 08/09/16 | J | | |
| 67. | | | | | Sold (part) | 10/31/16 | J | | |
| 68. -Vanguard Total Stock Market (VTI) (ETF) | C | Dividend | M | T | Buy (add'l) | 04/17/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/04/16 | J | | |
| 70. | | | | | Sold (part) | 06/03/16 | J | B | |
| 71. | | | | | Sold (part) | 07/25/16 | J | | |
| 72. | | | | | Sold (part) | 08/09/16 | J | | |
| 73. | | | | | Sold (part) | 10/31/16 | J | A | |
| 74. -Powershares QQQ Trust (QQQ) (ETF) | A | Dividend | | | Sold | 02/11/16 | M | | |
| 75. | | | L | T | Buy | 08/17/16 | L | | |
| 76. | | | | | Sold (part) | 10/31/16 | J | | |
| 77. -Consumer Sector SPDR Trust Shs Discretionary (XLY) (ETF) | | None | | | Sold | 01/08/16 | L | D | |
| 78. -IShares 7-10 Year Treas Bond (IEF) (ETF) | A | Dividend | | | Sold (part) | 05/04/16 | J | A | |
| 79. | | | | | Sold (part) | 06/03/16 | J | A | |
| 80. | | | | | Sold (part) | 08/09/16 | J | | |
| 81. | | | | | Sold (part) | 10/31/16 | J | | |
| 82. | | | | | Sold | 11/09/16 | L | A | |
| 83. -Invesco Equally-Weighted S&P 500 (VADDX) (mutual fund) | B | Dividend | M | T | Sold (part) | 05/04/16 | J | | |
| 84. | | | | | Sold (part) | 06/03/16 | K | A | |
| 85. | | | | | Sold (part) | 07/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 08/09/16 | J | | |
| 87. | | | | | Sold (part) | 10/31/16 | J | | |
| 88. -Blackrock Global Long/Short Credit Fd (BGCIX) (mutual fund) | | None | | | Sold (part) | 05/04/16 | J | | |
| 89. | | | | | Sold (part) | 06/03/16 | J | | |
| 90. | | | | | Sold (part) | 08/09/16 | J | | |
| 91. | | | | | Sold | 08/17/16 | L | | |
| 92. -Columbia Income Opportunities Fund (CIOZX) (mutual fund) | A | Dividend | | | Sold | 01/08/16 | L | | |
| 93. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | C | Dividend | L | T | Sold (part) | 05/04/16 | J | | |
| 94. | | | | | Sold (part) | 06/03/16 | J | | |
| 95. | | | | | Sold (part) | 08/09/16 | J | | |
| 96. | | | | | Sold (part) | 10/31/16 | J | | |
| 97. -Putnam Short Duration Income Fd Y (PSDYX) (mutual fund) | A | Dividend | | | Sold | 05/05/16 | M | A | |
| 98. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 05/04/16 | J | | |
| 99. | | | | | Sold (part) | 06/03/16 | J | | |
| 100. | | | | | Sold (part) | 08/09/16 | J | | |
| 101. | | | | | Sold (part) | 10/31/16 | J | | |
| 102. -Davis Financial Fund Class Y (DVFYX) (mutual fund) | B | Dividend | | | Sold | 02/11/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | L | T | Buy | 10/31/16 | L | | |
| 104.  -IShares Short Treas Bond (SHV) (ETF) | A | Dividend | | | Sold (part) | 05/04/16 | L | A | |
| 105. | | | | | Sold (part) | 06/03/16 | J | | |
| 106. | | | | | Sold (part) | 08/09/16 | J | | |
| 107. | | | | | Sold | 08/17/16 | L | | |
| 108.  -Consumers Stabples Sector SPDR Trust SHS (XLP) (ETF) | B | Dividend | | | Buy | 03/04/16 | M | | |
| 109. | | | | | Sold (part) | 05/04/16 | J | A | |
| 110. | | | | | Sold (part) | 06/03/16 | K | A | |
| 111. | | | | | Sold (part) | 07/25/16 | J | | |
| 112. | | | | | Sold (part) | 08/09/16 | J | | |
| 113. | | | | | Sold (part) | 08/17/16 | L | B | |
| 114. | | | | | Sold | 10/06/16 | L | B | |
| 115.  -Energy Sector SPDR Fund ETF (XLE) (ETF) | B | Dividend | L | T | Buy | 05/04/16 | L | | |
| 116. | | | | | Sold (part) | 06/03/16 | J | A | |
| 117. | | | | | Sold (part) | 08/09/16 | J | | |
| 118. | | | | | Sold (part) | 10/31/16 | J | A | |
| 119.  -IShares Core U.S. Aggregate Bond (AGG) (ETF) | A | Dividend | L | T | Buy | 08/17/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -JP Morgan Small Cap Equity Bond Fund Select (VSEIX) (mutual fund) | C | Dividend | M | T | Buy | 10/31/16 | M | | |
| 121. -SPDR Gold Trust (GLD) (ETF) | | None | | | Buy | 02/11/16 | L | | |
| 122. | | | | | Buy (add'l) | 03/04/16 | L | | |
| 123. | | | | | Sold (part) | 05/04/16 | J | | |
| 124. | | | | | Sold (part) | 06/03/16 | K | | |
| 125. | | | | | Sold (part) | 07/25/16 | J | | |
| 126. | | | | | Sold (part) | 08/09/16 | J | | |
| 127. | | | | | Sold (part) | 10/31/16 | J | | |
| 128. | | | | | Sold | 12/09/16 | M | | |
| 129. -SPDR S&P 500 ETF (SPY) (ETF) | A | Dividend | L | T | Buy | 08/17/16 | L | | |
| 130. -Vanguard Intl Equity Index FD (VEU) (ETF) | B | Dividend | L | T | Buy | 05/04/16 | L | | |
| 131. | | | | | Sold (part) | 06/03/16 | J | A | |
| 132. | | | | | Sold (part) | 08/09/16 | J | A | |
| 133. | | | | | Sold (part) | 10/31/16 | J | A | |
| 134. -Vanguard Reit ETF (VNQ) (ETF) | B | Dividend | | | Buy | 05/04/16 | M | | |
| 135. | | | | | Sold (part) | 06/03/16 | K | | |
| 136. | | | | | Sold (part) | 07/25/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/09/16 | J | | |
| 138. | | | | | Sold | 10/14/16 | M | | |
| 139. IRA #7 (H) | | | | | | | | | |
| 140. -Boeing Company (BA) (common) | A | Dividend | | | Sold | 10/03/16 | K | B | |
| 141. -Colgate Palmolive Co. (CL) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 142. -Diageo Plc New GB Spon ADR (DEO) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 143. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | | | Sold | 01/12/16 | K | | |
| 144. -Intel Corp (INTC) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 145. -Medtronic Inc (MDT) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 146. -Microsoft (MSFT) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | B | |
| 147. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 148. -Nordstrom Inc (JWN) (common) | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 149. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | K | T | Buy (add'l) | 08/19/16 | J | | |
| 150. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | | | Sold | 01/12/16 | J | | |
| 151. -Schlumberger LTD (SLB) (common) | A | Dividend | | | Sold | 05/11/16 | K | | |
| 152. -Starbucks Corp (SBUX) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 153. -Toronto Dominion Bk New Canada (TD) (common) | A | Dividend | | | Sold | 04/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Untd Technologies Corp (UTX) (common) | A | Dividend | K | T | | | | | |
| 155. -Apple Inc (AAPL) (common) | A | Dividend | K | T | Buy (add'l) | 08/19/16 | J | | |
| 156. - Allergan (AGN) (common) (formerly Actavis PLC DE) | | None | | | Sold | 05/06/16 | J | | |
| 157. -Dominion Resources Inc VA (D) (common) | A | Dividend | | | Sold | 05/06/16 | K | A | |
| 158. -Invesco Ltd (IVZ) (common) | A | Dividend | K | T | Buy (add'l) | 08/19/16 | J | | |
| 159. -O Reilly Automotive Inc (ORLY) (common) | | None | K | T | Sold (part) | 08/19/16 | J | B | |
| 160. -Travelers Cos Inc (TRV) (common) | A | Dividend | | | Sold | 08/19/16 | K | C | |
| 161. -Union Pacific Corp (UNP) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | | |
| 162. -Accenture PLC Ireland CL (ACN) (common) | A | Dividend | K | T | | | | | |
| 163. -Ameriprise Financial Inc DE (AMP) (common) | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 164. -Anadarko Petroleum Corp DE (APC) (common) | A | Dividend | | | Sold | 08/19/16 | K | | |
| 165. -Biomarin Pharmaceutical Inc (BMRN) (common) | | None | | | Sold | 02/11/16 | J | | |
| 166. -Crane Co DE (CR) (common) | A | Dividend | K | T | Buy | 08/18/16 | K | | |
| 167. -CVS Health Corp DE (CVS) (common) | A | Dividend | J | T | | | | | |
| 168. -Frontier Communications Corp (FTR) (common) | B | Dividend | J | T | Buy (add'l) | 08/19/16 | J | | |
| 169. -Home Depot Inc DE (HD) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 170. -Johnson Controls Inc DE (JCI) (common) | A | Dividend | | | Sold | 08/19/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -McDonalds Corp DE (MCD) (common) | A | Dividend | K | T | | | | | |
| 172. -Marsh & McLennan Cos. Inc (MMC) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 173. -Pepsico Inc De (PEP) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 174. -Rockwell Automation Inc (ROK) (common) | A | Dividend | K | T | | | | | |
| 175. -Texas Instruments (TXN) (common) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | B | |
| 176. -VF Corp DE (VFC) (common) | A | Dividend | J | T | | | | | |
| 177. -Chubb Ltd Chf (CB) (common) | A | Dividend | K | T | Buy | 08/19/16 | J | | |
| 178. -Coca Cola Co (KO) (common) | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 179. -Exxon Mobil Corp (XOM) (common) | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 180. -General Motors Co (GM) (common) | A | Dividend | K | T | Buy | 05/06/16 | K | | |
| 181. -Lockheed Martin Corp (LMT) (common) | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 182. -Nike Inc Cl (NKE) (common) | A | Dividend | J | T | Buy | 05/06/16 | K | | |
| 183. -Praxair Inc. (PX) (common) | A | Dividend | K | T | Buy | 10/03/16 | K | | |
| 184. -Walt Disney (Holding Co) Disney Com (DIS) (common) | A | Dividend | K | T | Buy | 05/06/16 | K | | |
| 185. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 186. Brokerage #12 (H) | | | | | | | | | |
| 187. -Invesco Global Real Estate Income Fd (ASRYX) (mutual fund) | B | Dividend | | | Buy (add'l) | 02/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/03/16 | K | | |
| 189. | | | | | Sold | 11/29/16 | J | | |
| 190. -Invesco Convertible Securities Fund (CNSDX) (mutual fund) | | None | | | Sold | 12/19/16 | K | | |
| 191. -Goldman Sachs Grp Inc 3.625% (corp bond) | A | Interest | | | Redeemed | 02/08/16 | J | | |
| 192. -Genl Elec Co. 5.250% (corp bond) | A | Interest | K | T | | | | | |
| 193. -Petrobras Intl Fin 5.875% (corp bond) | A | Interest | | | Sold | 12/29/16 | K | | |
| 194. -IShares Trust S&P U S PFD Stock Index (PFF) (ETF) | A | Dividend | | | Sold | 12/07/16 | K | | |
| 195. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 196. | | | | | Sold (part) | 12/01/16 | J | | |
| 197. -Columbia Income Opportunities Fund (CIOZX) (mutual fund) | A | Dividend | | | Sold | 12/04/16 | K | | |
| 198. -Double Line Total Return Fd Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 199. | | | | | Sold (part) | 12/01/16 | J | | |
| 200. -Invesco High Yield Municipal Fund Cl Y (ACTDX) (mutual fund) | B | Dividend | K | T | Sold (part) | 11/01/16 | J | | |
| 201. | | | | | Sold (part) | 12/01/16 | J | B | |
| 202. | | | | | Sold (part) | 12/12/16 | J | | |
| 203. -Thornburg Limited Term Municipal Fd Cl I (LTMIX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 204. | | | | | Sold (part) | 12/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Virtus Multi-Sector Short Term Bd (PIMSX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 206. | | | | | Sold (part) | 11/01/16 | J | | |
| 207. | | | | | Sold (part) | 12/01/16 | J | | |
| 208.  -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 209. | | | | | Sold (part) | 10/07/16 | J | | |
| 210. | | | | | Sold (part) | 11/01/16 | J | | |
| 211. | | | | | Sold (part) | 12/01/16 | J | | |
| 212.  -Blackrock Strategic Municipal Opportunities (MAMTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/16 | J | A | |
| 213.  -IShares 7-10 yr Treas Bd (IEF) (ETF) | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 214. | | | | | Sold (part) | 11/07/16 | J | | |
| 215. | | | | | Sold (part) | 12/01/16 | J | A | |
| 216.  -Mainstay Short Duration High Yd Fd (MDHIX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 217. | | | | | Sold (part) | 10/03/16 | J | | |
| 218. | | | | | Sold (part) | 12/01/16 | J | | |
| 219.  -Blackrock Global Long/Short Credit Fund I (BGCIX) (mutual fund) | | None | | | Buy (add'l) | 02/01/16 | J | | |
| 220. | | | | | Sold (part) | 10/07/16 | L | | |
| 221. | | | | | Sold (part) | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 23

Name of Person Reporting

SEYMOUR, STEPHANIE K.

Date of Report

05/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/01/16 | J | | |
| 223. -Lord Abbett Short Duration Income Fund (LDLFX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 224. | | | | | Sold (part) | 12/07/16 | J | | |
| 225. -Mainstay Tax Free Bond Cl1 (MTBIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 11/01/16 | J | | |
| 226. | | | | | Sold (part) | 12/01/16 | J | A | |
| 227. -Mainstay Unconstrained Bond Fund Class I (MSDIX) (mutual fund) | A | Dividend | | | Sold | 12/14/16 | J | | |
| 228. -Mainstay Incom Builder I (MTOIX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 229. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 230. | | | | | Sold (part) | 12/01/16 | J | | |
| 231. -Loomis Sayles Investment Grade Bond Class Y (LSIIX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 232. | | | | | Sold (part) | 10/03/16 | J | | |
| 233. | | | | | Sold (part) | 11/04/16 | J | | |
| 234. | | | | | Sold (part) | 12/01/16 | J | | |
| 235. -Guggenheim Macro Opportunities Fund Class (GIOX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 236. | | | | | Sold (part) | 10/03/16 | J | | |
| 237. | | | | | Sold (part) | 11/01/16 | J | | |
| 238. | | | | | Sold (part) | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -TCW Emerging Markets Income Fund Class I (TGEIX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/01/16 | K | | |
| 240. | | | | | Sold (part) | 10/03/16 | J | A | |
| 241. | | | | | Sold (part) | 11/01/16 | J | | |
| 242. | | | | | Sold (part) | 11/07/16 | J | A | |
| 243. -AB Global Bond Fund Class Adviser (ANAYX) (mutual fund) | B | Dividend | K | T | Buy | 01/08/16 | K | | |
| 244. | | | | | Sold (part) | 10/26/16 | J | | |
| 245. | | | | | Sold (part) | 11/09/16 | J | A | |
| 246. -Invesco Core Bond Plus Fund Class Y (CPBYX) | A | Dividend | K | T | Buy | 01/04/16 | K | | |
| 247. -SPDR Doubleline TR Tact ETF (TOTL) (ETF) | B | Dividend | K | T | Buy | 01/04/16 | J | | |
| 248. | | | | | Buy (add'l) | 02/01/16 | K | | |
| 249. | | | | | Sold (part) | 12/06/16 | J | A | |
| 250. -Vanguard Total Bond Mkt ETF (BND) (ETF) | A | Dividend | K | T | Buy | 02/01/16 | J | | |
| 251. | | | | | Sold (part) | 10/11/16 | J | | |
| 252. | | | | | Sold (part) | 12/07/16 | J | A | |
| 253. Brokerage Account #13 (H) | | | | | | | | | |
| 254. -Apple Inc (AAP) (common) | A | Dividend | J | T | | | | | |
| 255. -Boeing Company DE (BA) (common) | A | Dividend | | | Sold | 10/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Colgate Palmolive Co (CL) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 257. -Intel Corp (INTC) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 258. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | | | Sold | 01/12/16 | J | | |
| 259. -Nordstrom Inc (JWN) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 260. -Medtronic Inc (MDT) (common) | B | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 261. -Microsoft Corp (MSFT) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 262. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 263. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | J | T | | | | | |
| 264. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | | | Sold | 01/12/16 | J | | |
| 265. -Starbucks Corp (SBUX) (common) | A | Dividend | J | T | | | | | |
| 266. -Schlumberger LTD (SLB) (common) | A | Dividend | | | Sold | 05/11/16 | J | | |
| 267. -Untd Technologies Corp (UTX) (common) | A | Dividend | J | T | | | | | |
| 268. -Allergan PLC (AGN) (common) (formerly Actavis Plc) | | None | | | Sold | 05/06/16 | J | | |
| 269. -Dominion Resources Inc VA (D) (common) | A | Dividend | | | Sold | 05/06/16 | J | | |
| 270. -Invesco Ltd (IVZ) (common) | A | Dividend | J | T | | | | | |
| 271. -O Reilly Automotive Inc (ORLY) (common) | | None | J | T | Sold (part) | 08/19/16 | J | A | |
| 272. -Travelers Cos Inc (TRV) (common) | A | Dividend | | | Sold | 08/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Union Pacific Corp De (UNP) (common) | A | Dividend | J | T | | | | | |
| 274. -Accenture PLC Ireland CL A (ACN) (common) | A | Dividend | J | T | | | | | |
| 275. -Ameriprise Financial Inc. (AMP) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 276. -Anadarko Petroleum Corp. (APC) (common) | A | Dividend | | | Sold | 08/19/16 | J | | |
| 277. -Biomarin Pharmaceutical Inc (BMRN) (common) | | None | | | Sold | 02/11/16 | J | | |
| 278. -Crane Co De (CR) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 279. -CVS Health Corp DE (CVS) (common) | A | Dividend | J | T | | | | | |
| 280. -Diageo Plc New (DEO) (common) | A | Dividend | J | T | | | | | |
| 281. -Frontier Communications Corp (FTR) (common) | A | Dividend | J | T | | | | | |
| 282. -Home Depot Inc (HD) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 283. -Johnson Controls Inc (JCI) (common) | A | Dividend | | | Sold | 08/19/16 | J | | |
| 284. -Marsh & McLennan Cos. Inc (MMC) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 285. -McDonalds Corp (MCD) (common) | A | Dividend | J | T | | | | | |
| 286. -Pepsico Inc (PEP) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 287. -Rockwell Automation Inc New (ROK) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 288. -Texas Instruments (TXN) (common) | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 289. -Toronto Dominion Bk (TD) (common) | A | Dividend | | | Sold | 04/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -VF Corp (VFC) (common) | A | Dividend | J | T | | | | | |
| 291.  -Chubb Ltd Chf (CB) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 292.  -Coca Cola Co (KO) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 293.  -Exxon Mobil Corp (XOM) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 294.  -General Motors Co (GM) (common) | A | Dividend | J | T | Buy | 05/06/16 | J | | |
| 295.  -Lockheed Martin Corp.(LMT) (common) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 296.  -Nike Inc Cl B (NKE) (common) | A | Dividend | J | T | Buy | 05/06/16 | J | | |
| 297.  -Praxair Inc (PX) (common) | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 298.  -Walt Disney Co (DIS) (common) | A | Dividend | J | T | Buy | 05/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

COMMENTS FOR PART VII:

COMMENT 1 -- Rental Property, Mt. Crested Butte, CO ($245,000, 9/1/92) reported on Line 5 of the report for calendar year 2015 dated 05/02/2016, was not rented in calendar year 2016 and was used as a private residence only. Therefore, it is not listed as an investment for 2016.

COMMENT 2, Line 163 -- Market symbol changed to ACN to correct inadvertent typographical error.

COMMENT 3 -- Yum Brands Inc (De (YUM) (common) held in Brokerage Account #13 and reported on Lines 255 and 256 of the report for calendar year 2015 dated 05/02/2016, was listed in error on that report as "Sold Part" on 10/13/15. The correct transaction for that date is "Sold" with a value code J, and no gain. Therefore, this asset was not held in 2016 and not listed on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STEPHANIE K. SEYMOUR

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544